IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-14-0412 |
| | : | |
| MICHAEL RESNICK, ET AL. | : | |

...o0o...

## **MEMORANDUM and ORDER**

A motion to compel full compliance with Rule 17(c) subpoena (ECF NO. 182) has been filed by counsel for defendant William Crittenden and fully briefed. A conference call was held today with Steve Allen, counsel for Henry Schwartz, Esquire, and government and defense counsel. Mr. Schwartz has asserted attorney-client and work-product protection on behalf of his clients Alina Margulis and Michael Resnick. Counsel for Ms. Margulis and Mr. Resnick have been made aware of this motion, at least by virtue of its filing on CM/ECF. They have taken no position on the record.

It appears to the court that the documents, even those dated after Mr. Crittenden's departure from Healthy Life, may well be relevant to testimony to be presented in this criminal conspiracy case generally and to Mr. Crittenden's defense. It also appears, in light of the facts admitted to in the plea agreements entered by Ms. Margulis and Mr. Resnick, that the crime-fraud exception has been satisfied. *Chaudhry v. Gallerizzo*, 174 F.3d 394, 403 (4th Cir. 1999).

Accordingly, unless any additional objection is filed by noon on **Tuesday**, **January 12, 2016**, Mr. Allen is directed to produce the withheld documents to counsel for Mr. Crittenden on **Wednesday, January 13, 2016**. Counsel will promptly advise the government if he plans to offer any of those documents in the defense case.

A copy of this Order is being sent to all counsel, including counsel for Ms. Margulis and Mr. Resnick, by CM/ECF.

**SO ORDERED** this 8th day of January, 2016.

/S/
Catherine C. Blake
United States District Judge